UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Petitioner,

– against –

U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF STATE, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, GENERAL COUNSEL OF THE U.S. DEPARTMENT OF THE NAVY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *and* U.S. DEPARTMENT OF VETERAN AFFAIRS,

                Respondents.

**ORDER**

25-mc-00448 (ER)

RAMOS, D.J.:

    Jane Doe, proceeding *pro se*, filed a motion for leave to file an "emergency uncontested petition" initiating this case on September 25, 2025. Doc. 1. Jane Doe did not pay a filing fee, apply for *in forma pauperis*, or provide her address. The case was filed as a miscellaneous case; however, it seeks injunctive relief and should be filed as a civil case. Accordingly, the Clerk of Court is respectfully directed to close this case and refile it as a civil case.

    It is SO ORDERED.

Dated:    October 15, 2025
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.