UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Petitioner,

– *against* –

U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF STATE, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, GENERAL COUNSEL OF THE U.S. DEPARTMENT OF THE NAVY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *and* U.S. DEPARTMENT OF VETERAN AFFAIRS,

                Respondents.

**ORDER**

25-mc-00448 (ER)

---

RAMOS, D.J.:

    Jane Doe, proceeding *pro se*, filed a motion for leave to file an "emergency uncontested petition" initiating this case on September 25, 2025. Doc. 1. As this case was initially filed as a miscellaneous case, on October 15, 2025, this Court directed the Clerk of Court to close this case and refile it as a civil case. Doc. 3. Later that day, Jane Doe emailed Chambers requesting that the case not be refiled as a civil case.

    Accordingly, the Clerk of the Court is respectfully directed not to file the matter as a civil case.

    It is SO ORDERED.

Dated:   October 17, 2025
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.